# Court of Appeals
# of the State of Georgia

ATLANTA, September 05, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2360. TOMMIE DOBBS v. JERMALLA CRISPIN.**

On November 5, 2012, the trial court entered a twelve-month protective order against Tommie Dobbs for stalking. Dobbs immediately moved for reconsideration. The trial court denied the motion for reconsideration on December 17, 2012. Dobbs filed a notice of appeal on January 16, 2013, 72 days after entry of the protective order. We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order. OCGA § 5-6-38 (a). The denial of a motion for reconsideration is not directly appealable. *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). And the filing of such motion does not extend the time for appealing the underlying judgment – in this case, the protective order.  Id.  Dobbs's notice of appeal, therefore, is invalid as to the order denying his motion for reconsideration and untimely as to the order granting the protective order. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 09/05/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*